```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF MISSOURI
                          WESTERN DIVISION

HALLMARK MARKETING CORPORATION, )
                                )
                    Plaintiff,  )
                                )
     vs.                        )Civil Action No. 4:09-cv-00110-GAF
                                )
CARLOS ALATORRE                 )
and                             )
MARIA M. GARCIA                 )
                                )
                    Defendants. )
```

**ORDER GRANTING PLAINTIFF HALLMARK MARKETING CORPORATION
<u>JUDGMENT AGAINST DEFENDANTS</u>**

Pending is Plaintiff's Motion for Default Judgment (Doc. No. 10). Plaintiff filed its Complaint on February 9, 2009 (Doc. No. 1). Defendants were served on March 14, 2009, making their answer due on or before April 3, 2009. <u>See</u> Doc. Nos. 4 and 5. To date, Defendants have neither filed an answer nor otherwise responded to the Complaint.

On August 24, 2009, Plaintiff filed a Motion for Default Judgment (Doc. No. 10). Defendants' response to the Motion for Default Judgment was due on or before September 8, 2009. However, Defendants have failed to respond to Plaintiff's Motion for Default Judgment.

Accordingly, Plaintiff's Motion for Default Judgment (Doc. No. 10) is **GRANTED.** Based upon the record supplied in Plaintiff's Motion for Default Judgment, it is **ORDERED** that Plaintiff is granted a default judgment against Defendants, Carlos Alatorre and

Maria M. Garcia, jointly and severally, in the principal sum of **$118,888.31**, with interest at 9% per annum through December 31, 2009, in the sum of **$2,674.98**, additional interest from January 1, 2009, through June 1, 2009, in the sum of $4,458.31, reasonable attorney's fees in the sum of **$5,000.00**, and interest from and after June 1, 2009, at 9% per annum until Plaintiff is paid in full.

It is further ordered that the Clerk of the Court send a copy of this Order by regular and certified mail to:

>Carlos Alatorre
>1301 E. Commonwealth Ave., #214
>Fullerton, California 92831
>    **and**
>Maria M. Garcia
>1301 E. Commonwealth Ave., #214
>Fullerton, California 92831

**IT IS SO ORDERED.**

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: September 29, 2009